IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKY LYNN BOYD                                                                                   PLAINTIFF

V.                                              NO. 5:06cv00028 SWW

DR. RICHARD PLANT, et al                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant's motion to dismiss (docket entry #46) is hereby granted and Plaintiff's case is dismissed in its entirety, without prejudice. Any pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations and any judgment entered hereunder would not be taken in good faith.

IT IS SO ORDERED this 5th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE